UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WAYNE L.,

          Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. C24-5154 RSM

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

    Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits be REVERSED AND REMANDED to the Commissioner of Social Security for a new hearing before an Administrative Law Judge (ALJ) and a new decision in regard to Plaintiff's applications for disability benefits.  On remand, the ALJ will take any necessary action to complete the administrative record, offer Plaintiff a new hearing, re-evaluate Plaintiff's subjective complaints, re-evaluate Plaintiff's residual functional capacity, continue through the sequential evaluation process, and issue a new decision.

///

///

///

ORDER GRANTING STIPULATED
MOTION FOR REMAND - 1

This remand is made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 30th day of April, 2024.

Ricardo S. Martinez
United States District Judge