UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WAYNE LIANG,

    Plaintiff,

    v.

COMMISIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:24-cv-5154-RSM

ORDER GRANTING PLAINTIFF'S
MOTION FOR ATTORNEY FEES
PURSANT TO 42 U.S.C. § 406(b)

This matter comes before the Court on Plaintiff's Motion for Attorney Fees under 42 U.S.C. § 406(b). Dkt. #10. Plaintiff seeks fees in the net amount of $6,659.75 out of $63,429 in past due benefits. *See* Dkt. #10-4. There was no Equal Access to Justice Act ("EAJA") fee award in this case. *Id*. Defendant takes no position on this Motion. Dkt. #13.

Attorney's fees may be awarded to a successful social security claimant's lawyer for his or her representation before a court pursuant to 42 U.S.C. §§ 406(b). *Straw v. Bowen,* 866 F.2d 1167 (9th Cir.1989). Plaintiff must apply to the Social Security Administration for an award of fees for representation at the administrative level. 42 U.S.C. § 406(a); *Stenswick v. Bowen,* 815 F.2d 519 (9th Cir.1987). Under 42 U.S.C. § 406(b), the Court may allow a reasonable fee for an attorney who represented a Social Security Title II claimant before the Court and obtained a

ORDER - 1

favorable judgment, as long as such fee is not in excess of 25% of the total past-due benefits. *See Grisbrecht v. Barnhart*, 535 U.S. 789 (2002).

Fee awards may be made under both the EAJA and § 406(b), but the claimant's attorney must refund to the claimant the amount of the smaller fee. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002).

The Court concludes the request is reasonable within the meaning of § 406(b). Accordingly, having reviewed Plaintiff's Motion, the exhibits and declarations attached thereto, and the remainder of the record, the Court ORDERS as follows: Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C § 406(b), Dkt. #10, is GRANTED. Plaintiff's counsel is awarded $6,659.75 in net attorney fees under 42 U.S.C. § 406(b). When issuing the Section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to send to Plaintiff's attorney, David P. Oliver the net balance of $6,659.75, less any applicable processing fee prescribed by law.

DATED this 22nd day of April, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2